Stephen Raher, pro se
OSB #095625
P.O. Box 15189
Portland, OR 97293
(503) 235-8446, phone
(719) 457-5916, fax

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

STEPHEN RAHER,                                    Case No. CV 09-526-ST

    Plaintiff

    v.                                            DECLARATION OF TOM BARRY

FEDERAL BUREAU OF PRISONS,

    Defendant.

I, Tom Barry, hereby declare:

    1.    I am an immigration policy analyst currently employed by the Center for International Policy in Washington, DC.

    2.    In approximately February 2009, while conducting research on the Reeves County Detention Center, I submitted a request to County Judge Sam Contreras, asking for a copy of Reeves County's "CAR 5" contract with the federal Bureau of Prisons. Reeves County responded to my request by providing me with a copy of the contract, which includes the pages attached hereto as Exhibit A.

///

///

///

Page 1 – Declaration of Tom Barry

3. On or about February 5, 2009, while conducting research on the Reeves County Detention Center, I submitted a request to County Clerk Dianne Florez, asking for a copy of Reeves County's management contract with the GEO Group. Ms. Florez responded to my request by providing me with a copy of the contract, which includes the page attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is correct.

_____
Tom Barry

Date: April 14, 2010

Page 2 – Declaration of Tom Barry

| | | | OMB No: 1103-0018 | | |
|---|---|---|---|---|---|
| | | | Expiration Date: | | |
| SOLICITATION, OFFER, AND AWARD | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | | RATING | PAGE 1 | OF PAGES 186 |
| 2. CONTRACT NUMBER DJB1PC007 | 3. SOLICITATION NUMBER RFP-PCC-00010 | 4. TYPE OF SOLICITATION<br>☐ SEALED BID (IFB)<br>☒ NEGOTIATED (RFP) | 5. DATE ISSUED 05/26/2006 | 6. REQUISITION/PURCHASE NUMBER | |
| 7. ISSUED BY     CODE<br>United States Department of Justice<br>Federal Bureau of Prisons<br>Privatized Corrections Contracting<br>320 First Street, NW, Room 5006<br>Washington               DC   20534 | | | 8. ADDRESS OFFER TO (If other than item 7)<br>Heather Greiner Contracting Officer<br>Federal Bureau of Prisons<br>Privatized Corrections Contracting<br>320 First Street, NW, Room 5006<br>Washington              DC   20534 | | |

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

**SOLICITATION**

9. Sealed offers in original and __See Sec L__ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if hand carried, in the depository located in __See Block 8__ (City) until __4:00PM Local__ local time __07/25/2006__ (Date)

CAUTION - LATE Submission, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME: Heather Greiner Contracting Officer | B. TELEPHONE (include area code) (NO COLLECT CALLS) 202-616-1647 | C. EMAIL ADDRESS hgreiner@bop.gov |
|---|---|---|---|

**11. TABLE OF CONTENTS**

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 62-73 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2-9 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 10-50 | X | J | LIST OF ATTACHMENTS | 73-164 |
| X | D | PACKAGING AND MARKING | 51 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 52-54 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 165-166 |
| X | F | DELIVERIES OR PERFORMANCE | 55-56 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 57-59 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 167-182 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 60-61 | X | M | EVALUATION FACTORS FOR AWARD | 183-186 |

**OFFER** (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within __100__ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8) | 10 CALENDAR DAYS (%) | 20 CALENDAR DAYS (%) | 30 CALENDAR DAYS (%) | CALENDAR DAYS (%) |
|---|---|---|---|---|
| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. 1<br>2 | DATE 6/30/06<br>7/14/06 | AMENDMENT NO. 3 | DATE 7/18/06 |

| 15A. NAME AND ADDRESS OF OFFEROR | CODE | FACILITY CODE | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) |
|---|---|---|---|
| Reeves County, Texas<br>100 E. 4th Street<br>Pecos, TX 79772 | | | Jimmy B. Galindo<br>Reeves County Judge |
| 15B. TELEPHONE NO. (Include area code) 915-445-5418 | 15C. ☐ CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE | 17. SIGNATURE [signed] | 18. OFFER DATE 6/30/06 |

**AWARD** (To be completed by Government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT EST. $186,957,088 | 21. ACCOUNTING AND APPROPRIATION INFORMATION FP090009S6 Project 41Y | |
|---|---|---|---|
| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:<br>☐ 10 U.S.C. 2304 (c) ( )   ☐ 41 U.S.C. 253 (c) ( ) | | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM |
| 24. ADMINISTERED BY (If other than item 7)  CODE<br>U.S./DOJ/BOP<br>Privatized Corrections Contracting Office, 320 First St., NW<br>Washington, DC 20534 | | 25. PAYMENT WILL BE MADE BY   CODE<br>Privatization Management Branch<br>400 First St., NW 2nd Floor<br>Washington, DC 20534 | |
| 26. NAME OF CONTRACTING OFFICER (Type or print)<br>Matthew D. Nace | | 27. UNITED STATES OF AMERICA<br>[signed]<br>(Signature of Contracting Officer) | 28. AWARD DATE 1/17/07 |

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

AUTHORIZED FOR LOCAL REPRODUCTION     STANDARD FORM 33 (Rev.9-97)

EXHIBIT __A__
PAGE __1__ OF __6__

INAL PRICING REVISIONS - 11/17/06 OPTION A PRICING
ATTACHMENT 1 - SCHEDULE OF SUPPLIES/SERVICES
OFFEROR: Reeves County, Texas  LOCATION: Pecos, Texas
REVISED OPTION A PRICING (specific to Option B-1 Pricing)

90% PRICING SCHEDULE - OPTION PERIODS
100% CONTRACT BEDS: Number of Contract Beds 2,093
115% CONTRACT BEDS: Number of Contract Beds 2,407

FIUP will apply when the average number of inmates, in a monthly payment period, exceeds 90% of the contract beds

| OPTION PERIOD #1 (YEAR 1) | |
|---|---|
| Inmates up to (90%) | (90%+1)Inmates up to (115%) |
| Monthly Operating Price (MOP): | Fixed Incremental Unit Price (FIUP) Per Inmate Day: |
| $3,828,101 | $15.28 |

Total Price (MOP X 12) + (FIUP to 115%): $48,854,088
Blended Per Day Rate @ 115% Occupancy    $55.61

| OPTION PERIOD #1 (YEAR 2) (Leap Year) | |
|---|---|
| Inmates up to (90%) | (90%+1)Inmates up to (115%) |
| Monthly Operating Price (MOP): | Fixed Incremental Unit Price (FIUP) Per Inmate Day: |
| $3,888,180 | $15.77 |

Total Price (MOP X 12) + (FIUP to 115%): $49,676,822
Blended Per Day Rate @ 115% Occupancy    $56.39

| OPTION PERIOD #2 (YEAR 1) | |
|---|---|
| Inmates up to (90%) | (90%+1)Inmates up to (115%) |
| Monthly Operating Price (MOP): | Fixed Incremental Unit Price (FIUP) Per Inmate Day: |
| $3,946,925 | $16.33 |

Total Price (MOP X 12) + (FIUP to 115%): $50,480,415
Blended Per Day Rate @ 115% Occupancy    $57.46

| OPTION PERIOD #2 (YEAR 2) | |
|---|---|
| Inmates up to (90%) | (90%+1)Inmates up to (115%) |
| Monthly Operating Price (MOP): | Fixed Incremental Unit Price (FIUP) Per Inmate Day: |
| $4,009,234 | $16.87 |

Total Price (MOP X 12) + (FIUP to 115%): $51,331,207
Blended Per Day Rate @ 115% Occupancy    $58.43

2

EXHIBIT  A
PAGE  2  OF  6

INAL PRICING REVISIONS – 11/17/06 OPTION A PRICING
ATTACHMENT 1 – SCHEDULE OF SUPPLIES/SERVICES
OFFEROR: Reeves County, Texas   LOCATION: Pecos, Texas

| OPTION PERIOD #3 (YEAR 1) | |
|---|---|
| Inmates up to (90%) <br><br> Monthly Operating Price (MOP): <br><br> $4,072,536 | (90%+1) Inmates up to (115%) <br><br> Fixed Incremental Unit Price (FIUP) Per Inmate Day: <br><br> $17.44 |
| Total Price (MOP X 12) + (FIUP to 115%): $52,199,641 | |
| | Blended Per Day Rate @ 115% Occupancy   $59.42 |

| OPTION PERIOD #3 (YEAR 2) | |
|---|---|
| Inmates up to (90%) <br><br> Monthly Operating Price (MOP): <br><br> $4,139,608 | (90%+1) Inmates up to (115%) <br><br> Fixed Incremental Unit Price (FIUP) Per Inmate Day: <br><br> $18.00 |
| Total Price (MOP X 12) + (FIUP to 115%): $53,120,820 | |
| | Blended Per Day Rate @ 115% Occupancy   $60.30 |

3

EXHIBIT A
PAGE 3 OF 6

FINAL PRICING REVISIONS - 12/28/06 OPTION A PRICING
ATTACHMENT 1 - SCHEDULE OF SUPPLIES/SERVICES
OFFEROR: Reeves County, Texas  LOCATION: Pecos, Texas

REVISED OPTION A PRICING (specific to Option B-1 Pricing)

90% PRICING SCHEDULE - BASE PERIOD (First 9 months)
100% CONTRACT BEDS: Number of Contract Beds 1,913
115% CONTRACT BEDS: Number of Contract Beds 2,200

90% PRICING SCHEDULE - BASE PERIOD (Last 39 months)
100% CONTRACT BEDS: Number of Contract Beds 2,093
115% CONTRACT BEDS: Number of Contract Beds 2,407

FIUP will apply when the average number of inmates, in a monthly payment period, exceeds 90% of the contract beds

| BASE YEAR #1 (12 MONTHS) (Includes Option B-1 Price) | | |
|---|---|---|
| (50%+1)Inmates to (90%) Monthly Operating Price (MOP) (Option B-1 - Est. 9 months): | (50%+1)Inmates to (90%) Monthly Operating Price (MOP) (Option A - Est. 3 months): | (90%+1)Inmates (115%) Fixed Incr. Unit Price (FIUP) Per Inmate Day: |
| $3,482,541 Per Month | $3,626,851 Per Month | $13.64 Per Day |
| Total Price* (Option B-1 MOP X 9 Months) + (Option A MOP X 3 Months) + (FIUP** to 115%): $44,661,503  *The Total Price assumes 9 months at 2200 inmates and 3 months at 2407 inmates.  **The FIUP applies to the full 12-month period at respective population levels. | | |

Blended Per Day Rate @ 115% Occupancy (at respective population levels) $54.34

| BASE YEAR #2 (12 MONTHS) | |
|---|---|
| Inmates up to (90%) Monthly Operating Price (MOP): | (90%+1)Inmates up to (115%) Fixed Incremental Unit Price (FIUP) Per Inmate Day: |
| $3,676,254 | $14.01 |

Total Price (MOP X 12) + (FIUP to 115%): $46,796,814

Blended Per Day Rate @ 115% Occupancy    $53.12

| BASE YEAR #3 (12 MONTHS) | |
|---|---|
| Inmates up to (90%) Monthly Operating Price (MOP): | (90%+1)Inmates up to (115%) Fixed Incremental Unit Price (FIUP) Per Inmate Day: |
| $3,722,270 | $14.39 |

Total Price (MOP X 12) + (FIUP to 115%): $47,414,219

Blended Per Day Rate @ 115% Occupancy    $53.97

| BASE YEAR #4 (12 MONTHS) | |
|---|---|
| Inmates up to (90%) Monthly Operating Price (MOP): | (90%+1)Inmates up to (115%) Fixed Incremental Unit Price (FIUP) Per Inmate Day: |
| $3,771,927 | $14.78 |

Total Price (MOP X 12) + (FIUP to 115%): $48,084,552

Blended Per Day Rate @ 115% Occupancy    $54.73



EXHIBIT A
PAGE 4 OF 6

*Option B     OFFEROR: _____     LOCATION: _____

90% PRICING SCHEDULE – BASE PERIOD
100% CONTRACT BEDS: Number of Contract Beds _____
115% CONTRACT BEDS:  Number of Contract Beds _____
FIUP will apply when the average number of inmates, in a monthly payment period, exceeds 90% of the contract beds

| Date of Award through 270 calendar days or upon completion of expansion or renovation | | |
|---|---|---|
| Inmates up to (50%) | (50%+1) Inmates to (90%) | (90%+1) Inmates (115%) |
| Monthly Ramp Up Price* (Estimated 3 months): $_____ Per month | Monthly Operating Price (MOP) (Estimated 9 months): $_____ Per month | Fixed Incremental Unit Price (FIUP) Per Inmate Day: $_____ Per day |
| Total Price (Ramp Up X 3 Months)+(MOP X number of days to complete expansion and/or renovation 9 Months)+(FIUP to 115%):$ _____  FIUP Can only apply to the nine month period and should be calculated as such. | | |

\* Ramp up does not apply to those facilities with an existing BOP population.

EXHIBIT A
PAGE 5 OF 6

## Explanation for calculation of FIUP total:

(Fixed Incremental Unit Price per inmate) X (# of inmates above Fixed MOP) X (365)

First, figure the number of inmates for the FIUP. For 1,000 contract beds offered at 100%, in the 90% schedule, the FIUP percentage up to 115% would be 250 contract beds (1150 - 900). If the FIUP per inmate day is $10, then the FIUP for one year would be $10 X 250 X 365 = $912,500.

If discrepancies exist between the unit prices, including the FIUP, and the total prices, the unit prices will govern.

9

EXHIBIT A
PAGE 6 OF 6

VOL. 40 PAGE 108

**Reeves County Detention Center**
**Reeves County, Pecos, Texas**

7/31/2006  3:38 PM

| | CURRENT PRICING | | | PROPOSED PRICING | | |
|---|---|---|---|---|---|---|
| | RCDC III CAR 5 | RCDC I/II 05 Actuals | COMBINED | RCDC III CAR 5 | RCDC I/II CAR 6 | COMBINED |
| | R3 FBOP 1356 1356 | R1/R2 FBOP 2200 2158 | R1/R2 & R3 FBOP TOTAL 3514 | R3 FBOP 1356 1356 | R1/R2 FBOP 2407 2407 | R1/R2 & R3 FBOP TOTAL 3763 |
| **OPERATING EXPENSES** | | | | | | |
| **PERSONNEL** | | | | | | |
| Salaries (non-Wage Determination) | $1,839,118 | $10,648,241 | $12,487,359 | $1,839,118 | $2,706,539 | $4,545,658 |
| Benefits (non-Wage Determination) | $595,728 | $3,193,065 | $3,788,793 | $595,728 | $903,364 | $1,499,093 |
| Salaries (Wage Determination) | $4,811,518 | | $4,811,518 | $4,811,518 | $8,556,360 | $13,367,878 |
| Benefits (Wage Determination) | $1,784,721 | | $1,784,721 | $1,784,721 | $3,221,180 | $5,005,901 |
| **TOTAL PERSONNEL** | $9,031,086 | $13,841,305 | $22,872,391 | $9,031,086 | $15,387,443 | $24,418,529 |
| **OPERATIONS-VARIABLE** | | | | | | |
| FOOD SERVICE | $1,269,480 | $2,049,235 | $3,318,715 | $1,269,480 | $2,253,421 | $3,522,901 |
| MEDICAL SERVICES | $2,836,006 | $3,261,455 | $6,097,461 | $2,836,006 | $5,613,642 | $8,449,648 |
| Contract Medical Services | $2,836,006 | $2,816,313 | $5,652,319 | $2,836,006 | $5,025,010 | $7,861,016 |
| Pharmacy and Laboratory | | $445,142 | $445,142 | $0 | $588,632 | $588,632 |
| INMATE SERVICES | $51,087 | $88,093 | $139,180 | $51,087 | $90,683 | $141,770 |
| FACILITY SECURITY | $216,030 | $318,367 | $534,397 | $216,030 | $383,469 | $599,499 |
| UNIT MANAGEMENT | $504,618 | $0 | $504,618 | $504,618 | $895,734 | $1,400,352 |
| EDUCATION | $120,125 | $54,312 | $174,437 | $120,125 | $213,231 | $333,356 |
| **TOTAL OPERATIONS-VARIABLE** | $4,997,346 | $5,771,462 | $10,768,808 | $4,997,346 | $9,450,179 | $14,447,526 |
| **OPERATIONS-FIXED** | | | | | | |
| FACILITY ADMINISTRATION | $763,870 | $1,174,984 | $1,938,854 | $763,870 | $1,672,322 | $2,436,193 |
| EMPLOYEE TRAINING | $25,500 | $16,859 | $42,359 | $25,500 | $35,429 | $60,929 |
| FACILITY MAINTENANCE | $1,001,464 | $2,538,478 | $3,539,942 | $1,001,464 | $3,404,872 | $4,406,336 |
| **TOTAL OPERATIONS-FIXED** | $1,790,834 | $3,730,321 | $5,521,155 | $1,790,834 | $5,112,624 | $6,903,458 |
| **TOTAL OPERATING EXPENSES** | $15,819,266 | $23,343,088 | $39,162,355 | $15,819,266 | $29,950,246 | $45,769,513 |
| **DEBT SERVICE AND FEES** | | | | | | |
| **DEBT SERVICE** | | | | | | |
| Bond Payments | $4,200,000 | $5,530,220 | $9,730,220 | $4,200,000 | $5,940,000 | $10,140,000 |
| Capital Improve. (annual repay.) | $0 | $0 | $0 | $0 | $3,015,000 | $3,015,000 |
| Bond Trustee Fee | $0 | $11,235 | $11,235 | $0 | $7,500 | $7,500 |
| Maintenance Reserve Fund | $350,000 | $320,834 | $670,834 | $350,000 | $350,000 | $700,000 |
| Bond / Maintenance Payments | $4,550,000 | $5,862,289 | $10,412,289 | $4,550,000 | $9,312,500 | $13,862,500 |
| **REEVES COUNTY COSTS/FEE** | | | | | | |
| County Indirects | $282,652 | $462,483 | $745,135 | $229,227 | $0 | $229,227 |
| County Budgeted Profit | ($1,503,425) | $1,850,000 | $346,575 | $0 | $3,770,773 | $3,770,773 |
| County Unbudgeted Profit | $0 | $2,900,594 | $2,900,594 | $0 | $0 | $0 |
| County Expenses/Profit | ($1,220,773) | $5,213,077 | $3,992,304 | $229,227 | $3,770,773 | $4,000,000 |
| **GEO GROUP FEE** | | | | | | |
| GEO Fee | $1,600,000 | $3,400,000 | $5,000,000 | $150,000 | $4,850,000 | $5,000,000 |
| **TOTAL DEBT SERVICES & FEES** | $4,929,227 | $14,475,366 | $19,404,593 | $4,929,227 | $17,933,273 | $22,862,500 |
| **TOTAL OPERATING REVENUES** | $20,748,493 | $37,818,454 | $58,566,948 | $20,748,493 | $47,883,519 | $68,632,013 |
| **PER DIEM RATES** | $41.92 | $48.01 | $45.66 | $41.92 | $54.50 | $49.97 |

| COUNTY / GEO FEES | R3 | R1/R2 | COMBINED | R3 | R1/R2 | COMBINED |
|---|---|---|---|---|---|---|
| COUNTY INDIRECTS/FEE | ($1,220,773) | $5,213,077 | $3,992,304 | $229,227 | $3,770,773 | $4,000,000 |
| GEO FEE | $1,600,000 | $3,400,000 | $5,000,000 | $150,000 | $4,850,000 | $5,000,000 |

EXHIBIT B
PAGE 1 OF 1