**RYAN J. MCLELLAN, OSB #023908**
Email: rmclellan@smithfreed.com
**JOSEPH A. ROHNER IV, OSB #064919**
Email: jrohner@smithfreed.com
**SMITH FREED & EBERHARD PC**
111 SW 5th Avenue, Suite 4300
Portland, Oregon 97204
Telephone: (503) 227-2424
Facsimile: (503) 227-2535

**ROBERT P. CHARROW,** *admitted pro hac vice*
Email: charrowr@gtlaw.com
**JOSEPH J. SUMMERILL IV,** *admitted pro hac vice*
Email: summerillj@gtlaw.com
**GREENBERG TRAURIG, LLP**
2101 L Street N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100
Facsimile: (202) 261-0110

**DAVID P. GOODWIN,** *admitted pro hac vice*
Email: goodwind@gtlaw.com
**GREENBERG TRAURIG, LLP**
3161 Michelson Drive, Suite 1000
Irvine, CA 92612
Telephone: (949) 732-6578
Facsimile: (202) 261-0110

Attorneys for Intervenor-Defendant The GEO Group, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| STEPHEN RAHER, | CV 09-526-ST |
| Plaintiff, | |
| v. | DECLARATION OF DAVID GOODWIN |
| FEDERAL BUREAU OF PRISONS, | |
| Defendant, | |
| THE GEO GROUP, INC., | |
| Defendant-Intervenor. | |

/ / /

PAGE - 1   Declaration of David Goodwin
          *Stephen Raher v. Federal Bureau of Prisons*; CV 09-526-ST

I, DAVID GOODWIN, declare as follows:

1. I am an associate with the law firm of Greenberg Traurig, LLP, admitted pro hac vice in the above-captioned matter, representing Defendant-Intervenor The GEO Group, Inc. ("GEO"). I submit the following declaration pursuant to Federal Rule of Civil Procedure 56(d).

2. In support of Plaintiff's Partial Motion for Summary Judgment, Plaintiff submitted the Declaration of Bryce Ward (Doc. No. 98), as an exhibit to Plaintiff's Supplemental Memorandum. Mr. Ward was never disclosed as an expert before.

3. If provided an opportunity by the Court, GEO would take targeted discovery to ascertain Mr. Ward's qualifications, along with the data, sources, bases and methodologies that he considered in forming his opinions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 18th day of February, 2011.

_____
David P. Goodwin

**PAGE - 2   Declaration of David Goodwin**
*Stephen Raher v. Federal Bureau of Prisons;* CV 09-526-ST

CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2011, I served a true and correct copy of the foregoing **DECLARATION OF DAVID GODWIN IN SUPPORT OF THE GEO GROUP, INC.'S REPLY TO PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** on the date indicated below by:

☒ mail with first-class postage prepaid, deposited in the US mail at Portland, Oregon
☐ hand-delivery           ☐ facsimile transmission
☐ overnight delivery      ☒ electronic filing notification to Kevin Danielson

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s)/individual(s) at the address(es) listed below:

**Stephen Raher**
P.O. Box 15189
Portland, OR 97293-5189
Phone: 503-235-8446
*Pro Se Plaintiff*

**Kevin Danielson**
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Phone: 503-727-1025
*Counsel for Defendant, Federal Bureau of Prisons*

SMITH FREED & EBERHARD P.C.

By: ____*/s/ Joseph A. Rohner IV*____
Ryan J. McLellan, OSB No. 023908
Joseph A. Rohner IV, OSB #064919
111 SW 5th Ave, Suite 4300
Portland, OR 97204
Telephone: (503) 227-2424
Facsimile: (503) 227-2535
Email: rmclellan@smithfreed.com
          jrohner@smithfreed.com
Of Attorneys for Intervenor
   Defendant, The GEO Group, Inc.

Page 1 – CERTIFICATE OF SERVICE (CV09-526-ST)