| Document Description (Folders) | Number of Pages | Pages With Redactions | Exemptions Applied | Rationale For Exemptions |
|---|---|---|---|---|
| Contract Award J1PCc-006 (California City, California) CCA | 149 | Page 2<br>Page 12 | b(4) | b(4) on page 2 to redact "the fixed price for providing services for a daily population of up to 2,189 inmates during a 36 month base price" because disclosure of the information would cause competitive harm to the submitter. The fixed price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.<br><br>b(4) on page 2 to redact the "fixed price incremental unit price (FIUP)for "a maximum of 168, 265 inmate days during the 36 month base period" because disclosure of the information would cause competitive harm to the submitter. The fixed incremental price (FIUP) can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.<br><br>b(4) on page 2 to redact the total of the fixed price and the FIUP because disclosure of the information would cause competitive harm to the submitter. The fixed price and the FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.<br><br>b(4) on page 2 to redact "the Monthly Contract Payment" because disclosure of the information would cause competitive harm to the |

submitter. The monthly contract payment can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) on page 2 to redact "FIUP" because disclosure of the information would cause competitive harm to the submitter. The fixed incremental price (FIUP) can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) on page 2 to redact "Award Fee" because disclosure of the information would cause competitive harm to the submitter. The Award Fee can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) on page 12 to redact the "Fixed Price Operation 95%" for performance period Options 1 through 7 because disclosure of the information would cause competitive harm to the submitter. The revelation of unexercised options would undermine CCA's ability to compete in future procurements by giving its competitors information that would allow them to predict with near certainty the prices it would propose. If any one of its several competitors learned of the prices it has offered via option to the BOP as an inducement to renewal, its competitors could easily and knowledgeably inform government actors that they could undercut its proposed prices.

| | | | | |
|---|---|---|---|---|
| | | | | b(4) on page 12 to redact the "Incremental Unit Price Per Inmate Day" for performance period Options 1 through 7 because disclosure of the information would cause competitive harm to the submitter. The incremental unit price per inmate day can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices. |
| CAR 5 Reeves Final Proposal Revision Part I | 48 | Page 41 Page 42 | b(6) | b(6) was applied on page 41 to redact the cellular, residence, pager, and/or business telephone numbers of the Warden, GEO Region Vice-President, GEO Region Director and/or GEO Region Assistant Director because disclosure of the telephone numbers would constitute a clearly unwarranted invasion of personal privacy. <br><br> b(6) was applied on page 42 to redact the cellular, residence, and/or business telephone numbers of the Associate Warden, Chief of Security, Business Manager, Assistant Deputy Warden, CO III and other staff because disclosure of the telephone numbers would constitute a clearly unwarranted invasion of personal privacy. |
| CAR 5 Reeves Final Proposal Revision Part II | 52 | Page 48 | b(7)(F) | b(7)(F) was applied on page 48 to redact security protocols and requirements as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by exposing both the strengths and weaknesses of the security of the facility. |
| CAR 5 Reeves Offer and Other | 460 | Page 64 Page 301 | b(6) | b(6) was applied on page 64 to redact the date of birth of Reeves County Judge and Commissioners for Precincts 1 through 4 because disclosure of the date of birth of these officials would constitute a clearly unwarranted invasion of personal privacy. <br><br> b(6) was applied on page 64 to redact the social security number of |

| | | | | Reeves County Judge and Commissioners for Precincts 1 through 4 because disclosure of the social security number of these officials would constitute a clearly unwarranted invasion of personal privacy.<br><br>b(6) was applied on page 301 to redact the date of birth of the Chairman and Chief Executive Officer; Vice Chairman, President and Chief Operations Officer, General Counsel; Senior Vice President of Operations; Senior Vice President of Mental Health Services; Senior Vice President and Chief Financial Officer; and Treasurer 4 because disclosure of the date of birth of these officials would constitute a clearly unwarranted invasion of personal privacy.<br><br>b(6) was applied on page 301 to redact the social security numbers of the Chairman and Chief Executive Officer; Vice Chairman, President and Chief Operations Officer, General Counsel; Senior Vice President of Operations; Senior Vice President of Mental Health Services; Senior Vice President and Chief Financial Officer; and Treasurer 4 because disclosure of the social security numbers of these officials would constitute a clearly unwarranted invasion of personal privacy. |
| CAR 6 CCA Offer Part I | 37 | Page 6<br>Page 7<br>Page 8<br>Page 9 | b(4) | b(4) was applied on page 6 to the Ramp Up Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The Ramp Up Price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.<br><br>b(4) was applied on page 6 to the Monthly Operating Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who |

EXHIBIT 1
Page 4 of 98

knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the FIUP for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the Total Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the Monthly Operating Price for Base Year #2 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the FIUP for Base Year #2 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged

by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the Total Price for Base Year #2 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the Monthly Operating Price for Base Year #3 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the FIUP for Base Year #3 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the Total Price for Base Year #3 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged

by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the Monthly Operating Price for Base Year #4 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the FIUP for Base Year #4 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the Total Price for Base Year #4 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 7 to the Monthly Operating Price for Option Period #1 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor

who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 7 to the FIUP for Option Period #1 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 7 to the Total Price for Option Period #1 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 7 to the Monthly Operating Price for Option Period #1 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 7 to the FIUP for Option Period #1 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged

by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 7 to the Total Price for Option Period #1 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 7 to the Monthly Operating Price for Option Period #2 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 7 to the FIUP for Option Period #2 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 7 to the Total Price for Option Period #2 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who

knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 7 to the Monthly Operating Price for Option Period #2 (Year2) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 7 to the FIUP for Option Period #2 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 7 to the Total Price for Option Period #2 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 7 to the Monthly Operating Price for Option Period #3 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor

who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 7 to the FIUP for Option Period #3 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 7 to the Total Price for Option Period #3 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 7 to the Monthly Operating Price for Option Period #3 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 7 to the FIUP for Option Period #3 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged

| | | | | by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 7 to the Total Price for Option Period #3 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 8 to the Ramp Up Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The ramp up price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 8 to the Monthly Operating Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 8 to the FIUP for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged |

by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 8 to the Total Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 8 to the Monthly Operating Price for Base Year #2 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 8 to the FIUP for Base Year #2 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 8 to the Total Price for Base Year #2 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged

by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 8 to the Monthly Operating Price for Base Year #3 because disclosure of the information would cause competitive harm to the submitter. The monthly price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 8 to the FIUP for Base Year #3 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 8 to the Total Price for Base Year #3 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 8 to the Monthly Operating Price for Base Year #4 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who

knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 8 to the FIUP for Base Year #4 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 8 to the Total Price for Base Year #4 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 9 to the Monthly Operating Price for Option Period #1 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 9 to the FIUP for Option Period #1 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged

by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 9 to the Total Price for Option Period #1 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 9 to the Monthly Operating Price for Option Period #1 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 9 to the FIUP for Option Period #1 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 9 to the Total Price for Option Period #1 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who

knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 9 to the Monthly Operating Price for Option Period #2 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 9 to the FIUP for Option Period #2 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The FIUP price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 9 to the Total Price for Option Period #2 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 9 to the Monthly Operating Price for Option Period #2 (Year2) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor

who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 9 to the FIUP for Option Period #2 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The FIUP price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 9 to the Total Price for Option Period #2 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 9 to the Monthly Operating Price for Option Period #3 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 9 to the FIUP for Option Period #3 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged

by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 9 to the Total Price for Option Period #3 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 9 to the Monthly Operating Price for Option Period #3 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 9 to the FIUP for Option Period #3 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The FIUP price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 9 to the Total Price for Option Period #3 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who

| | | | | |
|---|---|---|---|---|
| | | | | knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices. |
| CAR 6 CCA Offer Part II | 45 | Page 2 Page 3 | b(6) | b(6) was applied on pages 2-3 to redact the date of birth of the Chief Executive Officer and President; Chief Development Officer and Vice President; Chief Financial Officer and Executive Vice President; Chief Corrections Officer and Executive Vice President; Chief Human Resources Officer and Executive Vice President; Treasurer; and Secretary. b(6) was applied on pages 2-3 to redact the date of the social security numbers of Chief Executive Officer and President; Chief Development Officer and Vice President; Chief Financial Officer and Executive Vice President; Chief Corrections Officer and Executive Vice President; Chief Human Resources Officer and Executive Vice President; Treasurer; and Secretary. |
| CAR 6 CCA Final Proposal Revision | 38 | Page 1 Page 3 Page 4 Page 5 Page 6 Page 21 Page 22 Page 23 Page 26 Page 27 Page 28 Page 29 Page 30 Page 31 Page 34 Page 36 | b(4) | b(4) was applied on page 1 to redact the per diem rate charged by CCA to the City of Eden because disclosure of the information would cause competitive harm to the submitter. The per diem can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices. b(4) was applied on page 3 to the Ramp Up Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The ramp up price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices. |

| | | Page 37 | | b(4) was applied on page 3 to the Monthly Operating Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.<br><br>b(4) was applied on page 3 to the FIUP for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates are housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.<br><br>b(4) was applied on page 3 to the Total Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.<br><br>b(4) was applied on page 3 to the Monthly Operating Price for Base Year #2 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices. |
|---|---|---|---|---|

b(4) was applied on page 3 to the FIUP for Base Year #2 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 3 to the Total Price for Base Year #2 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 3 to the Monthly Operating Price for Base Year #3 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 3 to the FIUP for Base Year #3 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

|  |  |  |  | b(4) was applied on page 3 to the Total Price for Base Year #3 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.<br><br>b(4) was applied on page 3 to the Monthly Operating Price for Base Year #4 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.<br><br>b(4) was applied on page 3 to the FIUP for Base Year #4 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.<br><br>b(4) was applied on page 3 to the Total Price for Base Year #4 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices. |
|--|--|--|--|--|

b(4) was applied on page 4 to the Monthly Operating Price for Option Period #1 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 4 to the FIUP for Option Period #1 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 4 to the Total Price for Option Period #1 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 4 to the Monthly Operating Price for Option Period #1 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 4 to the FIUP for Option Period #1 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 4 to the Total Price for Option Period #1 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 4 to the Monthly Operating Price for Option Period #2 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 4 to the FIUP for Option Period #2 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 4 to the Total Price for Option Period #2 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 4 to the Monthly Operating Price for Option Period #2 (Year2) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 4 to the FIUP for Option Period #2 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 4 to the Total Price for Option Period #2 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 4 to the Monthly Operating Price for Option Period #3 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 4 to the FIUP for Option Period #3 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 4 to the Total Price for Option Period #3 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 4 to the Monthly Operating Price for Option Period #3 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

| | | | | b(4) was applied on page 4 to the FIUP for Option Period #3 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 4 to the Total Price for Option Period #3 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 5 to the Ramp Up Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The ramp up price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 5 to the Monthly Operating Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices. |
|---|---|---|---|---|

b(4) was applied on page 5 to the FIUP for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 5 to the Total Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 5 to the Monthly Operating Price for Base Year #2 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 5 to the FIUP for Base Year #2 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 5 to the Total Price for Base Year #2 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 5 to the Monthly Operating Price for Base Year #3 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 5 to the FIUP for Base Year #3 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 5 to the Total Price for Base Year #3 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 5 to the Monthly Operating Price for Base Year #4 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 5 to the FIUP for Base Year #4 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 5 to the Total Price for Base Year #4 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the Monthly Operating Price for Option Period #1 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the FIUP for Option Period #1 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the Total Price for Option Period #1 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the Monthly Operating Price for Option Period #1 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the FIUP for Option Period #1 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the Total Price for Option Period #1 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the Monthly Operating Price for Option Period #2 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the FIUP for Option Period #2 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the Total Price for Option Period #2 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the Monthly Operating Price for Option

Period #2 (Year2) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the FIUP for Option Period #2 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the Total Price for Option Period #2 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the Monthly Operating Price for Option Period #3 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the FIUP for Option Period #3 (Year 1)

because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the Total Price for Option Period #3 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the Monthly Operating Price for Option Period #3 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the FIUP for Option Period #3 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The FIUP price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 6 to the Total Price for Option Period #3

(Year 2) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 21 to the Ramp Up Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The ramp up price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 21 to the Monthly Operating Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 21 to the FIUP for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 21 to the Total Price for Base Year #1

because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 21 to the Monthly Operating Price for Base Year #2 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 21 to the FIUP for Base Year #2 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 21 to the Total Price for Base Year #2 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 21 to the Monthly Operating Price for Base

Year #3 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 21 to the FIUP for Base Year #3 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 21 to the Total Price for Base Year #3 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 21 to the Monthly Operating Price for Base Year #4 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 21 to the FIUP for Base Year #4 because

disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 21 to the Total Price for Base Year #4 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 22 to the Monthly Operating Price for Option Period #1 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 22 to the FIUP for Option Period #1 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 22 to the Total Price for Option Period #1

(Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 22 to the Monthly Operating Price for Option Period #1 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 22 to the FIUP for Option Period #1 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 22 to the Total Price for Option Period #1 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 22 to the Monthly Operating Price for Option

Period #2 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 22 to the FIUP for Option Period #2 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 22 to the Total Price for Option Period #2 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 22 to the Monthly Operating Price for Option Period #2 (Year2) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 22 to the FIUP for Option Period #2 (Year 2)

because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 22 to the Total Price for Option Period #2 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 22 to the Monthly Operating Price for Option Period #3 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 22 to the FIUP for Option Period #3 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 22 to the Total Price for Option Period #3

(Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 22 to the Monthly Operating Price for Option Period #3 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 22 to the FIUP for Option Period #3 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 23 to the Ramp Up Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The ramp up price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 23 to the Monthly Operating Price for Base

Year #1 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 23 to the FIUP for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 23 to the Total Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 26 to the Ramp Up Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The ramp up price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 26 to the Monthly Operating Price for Base

Year #1 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 26 to the FIUP for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 26 to the Total Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 26 to the Monthly Operating Price for Base Year #2 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 26 to the FIUP for Base Year #2 because

disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 26 to the Total Price for Base Year #2 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 26 to the Monthly Operating Price for Base Year #3 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 26 to the FIUP for Base Year #3 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 26 to the Total Price for Base Year #3

because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 26 to the Monthly Operating Price for Base Year #4 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 26 to the FIUP for Base Year #4 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 26 to the Total Price for Base Year #4 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 27 to the Monthly Operating Price for Option

Period #1 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 27 to the FIUP for Option Period #1 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 27 to the Total Price for Option Period #1 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 27 to the Monthly Operating Price for Option Period #1 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 27 to the FIUP for Option Period #1 (Year 2)

because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 27 to the Total Price for Option Period #1 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 27 to the Monthly Operating Price for Option Period #2 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 27 to the FIUP for Option Period #2 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 27 to the Total Price for Option Period #2

(Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 27 to the Monthly Operating Price for Option Period #2 (Year2) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 27 to the FIUP for Option Period #2 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 27 to the Total Price for Option Period #2 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 27 to the Monthly Operating Price for Option

Period #3 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 27 to the FIUP for Option Period #3 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 27 to the Total Price for Option Period #3 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 27 to the Monthly Operating Price for Option Period #3 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 27 to the FIUP for Option Period #3 (Year 2)

because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 27 to the Total Price for Option Period #3 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 28 to the Ramp Up Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The ramp up price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 28 to the Monthly Operating Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 28 to the FIUP for Base Year #1 because

disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 28 to the Total Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 28 to the Monthly Operating Price for Base Year #2 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 28 to the FIUP for Base Year #2 because disclosure of the information would cause competitive harm to the submitter. The FIUP price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 28 to the Total Price for Base Year #2

because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 28 to the Monthly Operating Price for Base Year #3 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 28 to the FIUP for Base Year #3 because disclosure of the information would cause competitive harm to the submitter. The FIUP price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 28 to the Total Price for Base Year #3 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 28 to the Monthly Operating Price for Base

Year #4 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 28 to the FIUP for Base Year #4 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 28 to the Total Price for Base Year #4 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 29 to the Monthly Operating Price for Option Period #1 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 29 to the FIUP for Option Period #1 (Year 1)

because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 29 to the Total Price for Option Period #1 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 29 to the Monthly Operating Price for Option Period #1 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 29 to the FIUP for Option Period #1 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 29 to the Total Price for Option Period #1

(Year 2) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 29 to the Monthly Operating Price for Option Period #2 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 29 to the FIUP for Option Period #2 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The FIUP price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 29 to the Total Price for Option Period #2 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 29 to the Monthly Operating Price for Option

Period #2 (Year2) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 29 to the FIUP for Option Period #2 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The FiUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 29 to the Total Price for Option Period #2 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 29 to the Monthly Operating Price for Option Period #3 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 29 to the FIUP for Option Period #3 (Year 1)

because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 29 to the Total Price for Option Period #3 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 29 to the Monthly Operating Price for Option Period #3 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 29 to the FIUP for Option Period #3 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 29 to the Total Price for Option Period #3

(Year 2) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 30 to the Ramp Up Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The ramp up can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 30 to the Monthly Operating Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 30 to the FIUP for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 30 to the Total Price for Base Year #1

because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 31 to the Ramp Up Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The ramp up price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 31 to the Monthly Operating Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 31 to the FIUP for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The FIUP price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 31 to the Total Price for Base Year #1

because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 34 to the Ramp Up Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The ramp up price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 34 to the Monthly Operating Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 34 to the FIUP for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 34 to the Total Price for Base Year #1

because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 36 to the Ramp Up Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The ramp up price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 36 to the Monthly Operating Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 36 to the FIUP for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 36 to the Total Price for Base Year #1

because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 37 to the Ramp Up Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The ramp up price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 37 to the Monthly Operating Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 37 to the FIUP for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 37 to the Total Price for Base Year #1 because disclosure of the information would cause competitive harm to

| | | | | |
|---|---|---|---|---|
| | | | | the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices. |
| Cibola Tab A Contract (CCA) | 130 | Page 3 Page 14 | b(4) | b(4) on page 3 to redact "the fixed price for providing services for a daily population of up to 961 inmates during a 36 month base price" because disclosure of the information would cause competitive harm to the submitter. The fixed price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.<br><br>b(4) on page 3 to redact the fixed incremental unit price (FIUP) when the FIUP is "applied to a maximum of 74,095 days during the 36 month base period" because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.<br><br>b(4) on page 3 to redact the total of the fixed price and the FIUP because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.<br><br>b(4) on page 3 to redact the total of the monthly contract payment |

| | | | | |
|---|---|---|---|---|
| | | | | because disclosure of the information would cause competitive harm to the submitter. The monthly contract payment can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.<br><br>b(4) on page 14 to redact "the fixed price for providing services for a daily population of up to 961 inmates during a 36 month base price" because disclosure of the information would cause competitive harm to the submitter. The fixed price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.<br><br>b(4) on page 14 to redact the fixed incremental unit price (FIUP) when the FIUP is "applied to a maximum of 74,095 days during the 36 month base period" because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices. |
| Cornell Offer Part XIV | 43 | Page 8<br>Page 9 | b(6) | b(6) was applied on page 8 to redact the date of birth of the Chief Executive Officer and President and Chief Financial Officer because disclosure of the date of birth of these officials would constitute a clearly unwarranted invasion of personal privacy.<br><br>b(6) was applied on page 9 to redact the date of birth of the General |

| | | | | Counsel and Corporate Secretary; Senior Vice President and Chief Administrative Officer; Vice President (Adult Secure Division); and Vice President (Corporate Development) because disclosure of the date of birth of these officials would constitute a clearly unwarranted invasion of personal privacy. |
|---|---|---|---|---|
| Cornell Offer Part VII | 130 | Page 91<br>Page 92<br>Page 93<br>Page121<br>Page 122 | b(7) | b(7)(F) was applied on pages 91-93 to redact the "Security Equipment And Systems Inspection" Memorandum of D. Ray James State Prison as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by exposing both the strengths and weaknesses of the security of the facility.<br><br>b(7)(F) was applied on pages 121-122 to redact the architectural drawings showing the construction of for building D of the D. Ray James State Prison as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by exposing both the strengths and weaknesses of the security of the facility. |
| Eden (CCA) | 215 | Page 55<br>Page 56<br>Page 57 | b(4) | b(4) was applied on page 55 to the Ramp Up Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The ramp up price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.<br><br>b(4) was applied on page 55 to the Monthly Operating Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an |

algebraic calculation to determine CCA's real prices.

b(4) was applied on page 55 to the FIUP for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 55 to the Total Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 55 to the Monthly Operating Price for Base Year #2 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 55 to the FIUP for Base Year #2 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine

CCA's real prices.

b(4) was applied on page 55 to the Total Price for Base Year #2 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 55 to the Monthly Operating Price for Base Year #3 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 55 to the FIUP for Base Year #3 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 55 to the Total Price for Base Year #3 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to

determine CCA's real prices.

b(4) was applied on page 55 to the Monthly Operating Price for Base Year #4 because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 55 to the FIUP for Base Year #4 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 55 to the Total Price for Base Year #4 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 56 to the Monthly Operating Price for Option Period #1 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an

algebraic calculation to determine CCA's real prices.

b(4) was applied on page 56 to the FIUP for Option Period #1 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 56 to the Total Price for Option Period #1 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 56 to the Monthly Operating Price for Option Period #1 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 56 to the FIUP for Option Period #1 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine

CCA's real prices.

b(4) was applied on page 56 to the Total Price for Option Period #1 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 56 to the Monthly Operating Price for Option Period #2 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 56 to the FIUP for Option Period #2 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 56 to the Total Price for Option Period #2 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an

algebraic calculation to determine CCA's real prices.

b(4) was applied on page 56 to the Monthly Operating Price for Option Period #2 (Year2) because disclosure of the information would cause competitive harm to the submitter. The monthly operating can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 56 to the FIUP for Option Period #2 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 56 to the Total Price for Option Period #2 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 56 to the Monthly Operating Price for Option Period #3 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The monthly operating price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 56 to the FIUP for Option Period #3 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 56 to the Total Price for Option Period #3 (Year 1) because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 56 to the Monthly Operating Price for Option Period #3 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The monthly price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 56 to the FIUP for Option Period #3 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 57 to the Ramp Up Price for Base Year #1

| | | | | because disclosure of the information would cause competitive harm to the submitter. The ramp up price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.<br><br>b(4) was applied on page 57 to the Monthly Operating Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The monthly price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.<br><br>b(4) was applied on page 57 to the FIUP for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.<br><br>b(4) was applied on page 57 to the Total Price for Base Year #1 because disclosure of the information would cause competitive harm to the submitter. The total price can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices. |
| Evaluations | 40 | Page 1<br>Page 2 | b(4)<br>Non- | Information related to unsuccessful bidders on page 1 was redacted as it is non-responsive as the FOIA request sought information |

| | | | | |
|---|---|---|---|---|
| | | Page 3<br>Page 4<br>Page 5<br>Page 6<br>Page 7<br>Page 8<br>Page 10<br>Page 11<br>Page 12<br>Page 13<br>Page 14<br>Page 15<br>Page 16<br>Page 21<br>Page 23<br>Page 24<br>Page 25<br>Page 27<br>Page 29<br>Page 30<br>Page 31<br>Page 32<br>Page 33 | Responsive<br>b(7) | concerning successful bidders.<br><br>b(4) was applied on page 1 to redact the Per Diems rates for Youngstown, IGE, Cal City, Cibola, Winton, and Philipsburg because disclosure of the information would cause competitive harm to the submitter. The per diem rates can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.<br><br>Information related to unsuccessful bidders on page 2 was redacted as it is non-responsive as the FOIA request sought information concerning successful bidders.<br><br>Information related to unsuccessful bidders on page 3 was redacted as it is non-responsive as the FOIA request sought information concerning successful bidders.<br><br>Information related to unsuccessful bidders on page 4 was redacted as it is non-responsive as the FOIA request sought information concerning successful bidders.<br><br>b(4) was applied on page 4 to redact the blended Per Diem rate of Reeves because disclosure of the information would cause competitive harm to the submitter. The per diem rates can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.<br><br>b(4) was applied on page 5 to redact the Ramp Up Price for first 3 |

months; Ramp Up Price for the remaining 9 months; and the FIUP price for 9 month period for Reeves. The ramp up price and FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 5 to redact the Ramp Up Price; Annual Operating Price; FIUP to 115%; Total Price; 90 Per Diem rate; 100% Per Diem rate; 115% Per Diem rate; and FIUP for Base Year #1 (3 Month Period) because disclosure of the information would cause competitive harm to the submitter. The ramp up price, annual operating price, total price, FIUP and per diem rate can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 5 to redact the Ramp Up Price; Annual Operating Price; FIUP to 115%; Total Price; 90 Per Diem rate; 100% Per Diem rate; 115% Per Diem rate; and FIUP for Base Year #1 (9 Month Period) because disclosure of the information would cause competitive harm to the submitter. The ramp up price, annual operating price, FIUP, total price and per diem rate can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 5 to redact the MOP; Annual Operating Price; FIUP to 115%; Total Price; 90 Per Diem rate; 100% Per Diem rate; 115% Per Diem rate; and FIUP for Base Year #2 because disclosure of the information would cause competitive harm to the

submitter. The MOP, annual operating price, FIUP, total price and per diem rate be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 5 to redact the MOP; Annual Operating Price; FIUP to 115%; Total Price; 90 Per Diem rate; 100% Per Diem rate; 115% Per Diem rate; and FIUP for Base Year #3 because disclosure of the information would cause competitive harm to the submitter. The MOP, annual operating price, FIUP, total price, and per diem can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 5 to redact the MOP; Annual Operating Price; FIUP to 115%; Total Price; 90 Per Diem rate; 100% Per Diem rate; 115% Per Diem rate; and FIUP for Base Year #4 because disclosure of the information would cause competitive harm to the submitter. The MOP, annual operating price, FIUP, total price, and per diem rate can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 5 to redact the MOP; Annual Operating Price; FIUP to 115%; Total Price; 90 Per Diem rate; 100% Per Diem rate; 115% Per Diem rate; and FIUP for Option Period #1 (Year1) because disclosure of the information would cause competitive harm to the submitter. The MOP, annual operating price, FIUP, total price, and

per diem rate can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 5 to redact the MOP; Annual Operating Price; FIUP to 115%; Total Price; 90 Per Diem rate; 100% Per Diem rate; 115% Per Diem rate; and FIUP for Option Period #1 (Year 2) because disclosure of the information would cause competitive harm to the submitter. The MOP, annual operating price, FIUP, total price, and per diem rate can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 5 to redact the MOP; Annual Operating Price; FIUP to 115%; Total Price; 90 Per Diem rate; 100% Per Diem rate; 115% Per Diem rate; and FIUP for Option Period #2 (Year1) because disclosure of the information would cause competitive harm to the submitter. The MOP, annual operating price, FIUP, total price, and per diem rate can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 5 to redact the MOP; Annual Operating Price; FIUP to 115%; Total Price; 90 Per Diem rate; 100% Per Diem rate; 115% Per Diem rate; and FIUP for Option Period #2 (Year2) because disclosure of the information would cause competitive harm to

the submitter. The MOP, annual operating price, FIUP, total price, and per diem rate can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on page 5 to redact the MOP; Annual Operating Price; FIUP to 115%; Total Price; 90 Per Diem rate; 100% Per Diem rate; 115% Per Diem rate; and FIUP for Option Period #3 (Year1) because disclosure of the information would cause competitive harm to the submitter. The MOP, annual operating price, FIUP, total price, and per diem rate can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

b(4) was applied on pages 5-6 to redact the MOP; Annual Operating Price; FIUP to 115%; Total Price; 90 Per Diem rate; 100% Per Diem rate; 115% Per Diem rate; and FIUP for Option Period #3 (Year2) because disclosure of the information would cause competitive harm to the submitter. The MOP, annual operating price, FIUP, total price, and per diem rate can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.

Information related to unsuccessful bidders on page 7 was redacted as it is non-responsive as the FOIA request sought information concerning successful bidders.

|  |  |  |  | Information related to unsuccessful bidders on page 8 was redacted as it is non-responsive as the FOIA request sought information concerning successful bidders.

Information related to unsuccessful bidders on page 10 was redacted as it is non-responsive as the FOIA request sought information concerning successful bidders.

Information related to unsuccessful bidders on page 11 was redacted as it is non-responsive as the FOIA request sought information concerning successful bidders.

Information related to unsuccessful bidders on page 12 was redacted as it is non-responsive as the FOIA request sought information concerning successful bidders.

Information related to unsuccessful bidders on page 13 was redacted as it is non-responsive as the FOIA request sought information concerning successful bidders.

Information related to unsuccessful bidders on page 14 was redacted as it is non-responsive as the FOIA request sought information concerning successful bidders.

Information related to unsuccessful bidders on page 15 was redacted as it is non-responsive as the FOIA request sought information concerning successful bidders.

Information related to unsuccessful bidders on page 16 was redacted as it is non-responsive as the FOIA request sought information |
|---|---|---|---|---|

| | | | | concerning successful bidders. |
|---|---|---|---|---|
| | | | | b(7)(F) was applied on page 21 to redact the weaknesses and deficiencies of the physical plant of Reeves as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by exposing both the strengths and weaknesses of the security of the facility.<br><br>Information related to unsuccessful bidders on page 23 was redacted as it is non-responsive as the FOIA request sought information concerning successful bidders.<br><br>Information related to unsuccessful bidders on page 24 was redacted as it is non-responsive as the FOIA request sought information concerning successful bidders.<br><br>Information related to unsuccessful bidders on page 25 was redacted as it was non-responsive as the FOIA request sought information concerning successful bidders.<br><br>Information related to unsuccessful bidders on page 27 was redacted as it is non-responsive as the FOIA request sought information concerning successful bidders.<br><br>Information related to unsuccessful bidders on page 29 was redacted as it is non-responsive as the FOIA request sought information concerning successful bidders.<br><br>Information related to unsuccessful bidders on page 30 was redacted as it is non-responsive as the FOIA request sought information concerning successful bidders. |

| | | | | |
|---|---|---|---|---|
| | | | | Information related to unsuccessful bidders on page 31 was redacted as it is non-responsive as the FOIA request sought information concerning successful bidders.<br><br>Information related to unsuccessful bidders on page 32 was redacted as it is non-responsive as the FOIA request sought information concerning successful bidders.<br><br>b(4) was applied on page 33 to redact the price evaluation of CCA; MTC; Reeve's County; Cornell and LCS because disclosure of the information would cause competitive harm to the submitter. The price evaluations can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.<br><br>b(4) was applied on page 33 to redact the Per Diems rates for Youngstown, IGE, Cal City, Cibola, Winton, and Philipsburg because disclosure of the information would cause competitive harm to the submitter. The per diem rate can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices. |
| LCS Offer Part II | 26 | Page 14<br>Page 15<br>Page 16<br>Page 17<br>Page 18<br>Page 19 | b(4)<br>b(6) | b(6) was applied on pages 14-15 to redact the date of birth of the Chairman of the Board; President; Vice President; Treasurer; and Secretary because disclosure of the date of birth of these officials would constitute a clearly unwarranted invasion of personal privacy.<br><br>b(6) was applied on pages 14-15 to redact the social security number of |

<table>
<tr><td></td><td></td><td></td><td></td><td>

the Chairman of the Board; President; Vice President; Treasurer; and Secretary because disclosure of the place of birth of these officials would constitute a clearly unwarranted invasion of personal privacy.

b(6) was applied on pages 16-19 to redact the account numbers for Ford Motor Company; Cingular Wireless; Lamm Food Service, Inc.; Office Depot, Inc.; Hibernia National Bank; Bob Barker Company, Inc.; Long's Preferred Products, Inc.; Prison Enterprises; Unisource-Baton Rouge; Entergy Solutions; Comdata Corporation; Guidry's Uniform; First Insurance Funding Corp.; Grainger; Robinson Textiles; Moore Medical Corp.; O'Reilly Auto Parts; Southwest Auto-Chlor System, Inc.; City Drug Store, Inc. and South Texas Communications because disclosure of the place account numbers would constitute a clearly unwarranted invasion of personal privacy as this information will allow the possibility of fraud related to those accounts.

</td></tr>
</table>

| McRae (CCA) | 247 | Page 2<br>Page 6<br>Page 144<br>Page 145<br>Page 146<br>Page 147<br>Page 148<br>Page 149<br>Page 150<br>Page 151<br>Page 152<br>Page 153<br>Page 154<br>Page 155<br>Page 156<br>Page 157 | b(4)<br>b(7)F | b(4) was applied on page 2 to redact the monthly contract price, FIUP, and Award Fee for McRae (CCA) because disclosure of the information would cause competitive harm to the submitter. The monthly contract price, FIUP, and award fee can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need only make an algebraic calculation to determine CCA's real prices.<br><br>b(4) was applied on page 6 to redact the incremental unit price (Fixed Price Operation 95% and Incremental Unit Price Per Inmate Day) for Option Periods 1 through 7 for McRae (CCA) because disclosure of the information would cause competitive harm to the submitter. The FIUP can be reverse engineered if any other unit price and the number of inmates housed in the facility in question are known. Therefore, any competitor who knows any one price charged by CCA to BOP need |

| | | | | |
|---|---|---|---|---|
| | | Page 158 | | only make an algebraic calculation to determine CCA's real prices. |
| | | Page 159 | | |
| | | Page 160 | | b(7)(F) was applied on pages 144 - 170 the Technical Design |
| | | Page 161 | | Guidelines (Security Fences and Gates) of as disclosure could |
| | | Page 162 | | reasonably be expected to endanger the life or physical safety of any |
| | | Page 163 | | individuals knowing this information could facilitate escapes by |
| | | Page 164 | | exposing both the strengths and weaknesses of the security of the |
| | | Page 165 | | facility. In order to operate a secure prison facility, it is imperative that |
| | | Page 166 | | inmates or members from the general public are not able to discern the |
| | | Page 167 | | physical requirements of the fences and gates as required by the |
| | | Page 168 | | Bureau of Prisons. The information goes to core mission of the Bureau |
| | | Page 169 | | of Prisons of confining inmates in a secure facility. |
| | | Page 170 | | |
| | | Page 171 | | b(7)(F) was applied on pages 171 - 173 the Technical Design |
| | | Page 172 | | Guidelines (Barbed Tape) of as disclosure could reasonably be |
| | | Page 173 | | expected to endanger the life or physical safety of any individuals |
| | | Page 174 | | knowing this information could facilitate escapes by exposing both the |
| | | Page 175 | | strengths and weaknesses of the security of the facility. In order to |
| | | Page 176 | | operate a secure prison facility, it is imperative that inmates or |
| | | Page 177 | | members from the general public are not able to discern the physical |
| | | Page 178 | | requirements of the fences and gates as required by the Bureau of |
| | | Page 179 | | Prisons. The information goes to core mission of the Bureau of Prisons |
| | | Page 180 | | of confining inmates in a secure facility. |
| | | Page 181 | | |
| | | Page 182 | | b(7)(F) was applied on pages 174 - 175 the Technical Design |
| | | Page 183 | | Guidelines (Perimeter Security System) of as disclosure could |
| | | Page 184 | | reasonably be expected to endanger the life or physical safety of any |
| | | Page 185 | | individuals knowing this information could facilitate escapes by |
| | | Page 185 | | exposing both the strengths and weaknesses of the security of the |
| | | Page 186 | | facility. In order to operate a secure prison facility, it is imperative that |
| | | Page 187 | | inmates or members from the general public are not able to discern the |
| | | Page 188 | | physical requirements of the fences and gates as required by the |

| | | | | |
|---|---|---|---|---|
| | | Page 189 | | Bureau of Prisons. The information goes to core mission of the Bureau of Prisons of confining inmates in a secure facility. |
| | | Page 190 | | |
| | | Page 191 | | |
| | | Page 192 | | b(7)(F) was applied on page 176 the Technical Design Guidelines (Security Door and Hardware Requirements) of as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by exposing both the strengths and weaknesses of the security of the facility. In order to operate a secure prison facility, it is imperative that inmates or members from the general public are not able to discern the physical requirements of the fences and gates as required by the Bureau of Prisons. The information goes to core mission of the Bureau of Prisons of confining inmates in a secure facility. |
| | | Page 193 | | |
| | | Page 194 | | |
| | | Page 195 | | |
| | | Page 196 | | |
| | | Page 197 | | |
| | | Page 198 | | |
| | | Page 199 | | |
| | | Page 200 | | |
| | | Page 201 | | |
| | | Page 202 | | |
| | | Page 203 | | b(7)(F) was applied on pages 177 - 191 the Technical Design Guidelines (Security Metal Door Frames) of as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by exposing both the strengths and weaknesses of the security of the facility. In order to operate a secure prison facility, it is imperative that inmates or members from the general public are not able to discern the physical requirements of the fences and gates as required by the Bureau of Prisons. The information goes to core mission of the Bureau of Prisons of confining inmates in a secure facility. |
| | | Page 204 | | |
| | | Page 205 | | |
| | | Page 206 | | |
| | | Page 207 | | |
| | | Page 208 | | |
| | | Page 209 | | |
| | | Page 210 | | |
| | | Page 211 | | |
| | | Page 212 | | |
| | | Page 213 | | |
| | | Page 218 | | b(7)(F) was applied on pages 192-206 the Technical Design Guidelines (Detention Hardware) of as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by exposing both the strengths and weaknesses of the security of the facility. In order to operate a secure prison facility, it is imperative that inmates or members from the general public are not able to discern the physical requirements of the |
| | | Page 219 | | |
| | | Page 220 | | |

fences and gates as required by the Bureau of Prisons. The information goes to core mission of the Bureau of Prisons of confining inmates in a secure facility.

b(7)(F) was applied on pages 207-208 the Technical Design Guidelines (Security Access Doors) of as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by exposing both the strengths and weaknesses of the security of the facility. In order to operate a secure prison facility, it is imperative that inmates or members from the general public are not able to discern the physical requirements of the fences and gates as required by the Bureau of Prisons. The information goes to core mission of the Bureau of Prisons of confining inmates in a secure facility.

b(7)(F) was applied on pages 209-213 the Technical Design Guidelines (Secure Construction Requirements) of as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by exposing both the strengths and weaknesses of the security of the facility. In order to operate a secure prison facility, it is imperative that inmates or members from the general public are not able to discern the physical requirements of the fences and gates as required by the Bureau of Prisons. The information goes to core mission of the Bureau of Prisons of confining inmates in a secure facility.

b(7)(F) was applied on pages 218 - 220 the Guidelines For Weapons Inventory of as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by exposing both the strengths and weaknesses of the security of the facility. In order to operate a secure prison

| | | | | |
|---|---|---|---|---|
| | | | | facility, it is imperative that inmates or members from the general public are not able to discern what weapons are maintained by the Bureau of Prisons, the location of the weapons, and the capacity of the weapons. The information goes to core mission of the Bureau of Prisons of confining inmates in a secure facility and to prevent escape. |
| MTC Offer Part I | 26 | Page 24<br>Page 25<br>Page 26 | b(6) | b(6) was applied on pages 24-26 to redact the date of birth of the President and CEO; Sr. Vice President, Chief Financial Officer, Secretary-Treasurer; Sr, Vice President Corrections; Sr. Vice President, Training Programs; Vice President Human Resources; Vice President and General Counsel; Vice President, Contract Administration; Vice President, Texas Region Operations;  Vice President , Development; Vice President Eastern Region; Vice President, Government & Community Relations; Vice President, Corrections-Region 1; Vice President, Corrections-Marketing; Vice President, Information Systems; and Vice President, Program Development, Training & Support because disclosure of the date of birth of these officials would constitute a clearly unwarranted invasion of personal privacy.<br><br>b(6) was applied on page 24-26 to redact the social security number of the President and CEO; Sr. Vice President, Chief Financial Officer, Secretary-Treasurer; Sr, Vice President Corrections; Sr. Vice President, Training Programs; Vice President Human Resources; Vice President and General Counsel; Vice President, Contract Administration; Vice President, Texas Region Operations;  Vice President , Development; Vice President Eastern Region; Vice President, Government & Community Relations; Vice President, Corrections-Region 1; Vice President, Corrections-Marketing; Vice President, Information Systems; and Vice President, Program Development, Training & Support because disclosure of the place of birth of these officials would constitute a clearly unwarranted invasion of personal privacy. |

| MTC Offer Part I | 33 | Page 4 | b(4) | b(4) was applied on page 4 to redact the account numbers for Dunn & Bradstreet; Wells Fargo Bank; Federal Express, Inc.; Great Western Business Forms; Corporate Express; and Dingman Professional Printing because disclosure of the place account numbers would constitute a clearly unwarranted invasion of personal privacy as this information will allow the possibility of fraud related to those accounts. |
|---|---|---|---|---|
| Reeves County CAR 6, Part VI | 62 | Page 19 | b(6) | b(6) was applied on page 19 to redact the date of birth of the Reeves County Judge; Commissioner Prescient # 1; Commissioner Prescient #2; Commissioner Prescient #3 and Commissioner Prescient #4 because disclosure of the date of birth of these officials would constitute a clearly unwarranted invasion of personal privacy.<br><br>b(6) was applied on page 19 to redact the social security number of the Reeves County Judge; Commissioner Prescient # 1; Commissioner Prescient #2; Commissioner Prescient #3 and Commissioner Prescient #4 because disclosure of the date of birth of these officials would constitute a clearly unwarranted invasion of personal privacy. |
| Reeves County CAR 6, Part VII | 41 | Page 9 | b(6) | b(6) was applied on page 9 to redact the date of birth of the Chairman and CEO; Vice President & COO; General Counsel; Senior Vice President, Operations; Senior Vice President, Mental Health Services; Senior Vice President, CFO; and Treasurer because disclosure of the date of birth of these officials would constitute a clearly unwarranted invasion of personal privacy.<br><br>b(6) was applied on page 9 to redact the social security number of the Chairman and CEO; Vice President & COO; General Counsel; Senior Vice President, Operations; Senior Vice President, Mental Health Services; Senior Vice President, CFO; and Treasurer because disclosure of the date of birth of these officials would constitute a clearly unwarranted invasion of personal privacy. |
| Reeves County CAR 6 | 460 | Page 64 | b(6) | b(6) was applied on page 64 to redact the date of birth of the Reeves |

| Offer and Other | | Page 301 | | County Judge; Commissioner Prescient # 1; Commissioner Prescient #2; Commissioner Prescient #3 and Commissioner Prescient #4 because disclosure of the date of birth of these officials would constitute a clearly unwarranted invasion of personal privacy.<br><br>b(6) was applied on page 64 to redact the social security number of the Reeves County Judge; Commissioner Prescient # 1; Commissioner Prescient #2; Commissioner Prescient #3 and Commissioner Prescient #4 because disclosure of the date of birth of these officials would constitute a clearly unwarranted invasion of personal privacy.<br><br>b(6) was applied on page 301 to redact the date of birth of the Chairman and CEO; Vice President & COO; General Counsel; Senior Vice President, Operations; Senior Vice President, Mental Health Services; Senior Vice President, CFO; and Treasurer because disclosure of the date of birth of these officials would constitute a clearly unwarranted invasion of personal privacy.<br><br>b(6) was applied on page 301 to redact the social security number of the Chairman and CEO; Vice President & COO; General Counsel; Senior Vice President, Operations; Senior Vice President, Mental Health Services; Senior Vice President, CFO; and Treasurer because disclosure of the date of birth of these officials would constitute a clearly unwarranted invasion of personal privacy. |
| Big Springs (Physical Plant) | 12 | Page 6<br>Page 7<br>Page 9 | b(7)(F) | b(7)(F) was applied on pages 6-7 related to the Master Control Room (Surveillance Equipment) as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by identifying the surveillance equipment and how it is used and where it is used in the facility. Additionally, by knowing the staffing of the Master Control Room will |

| | | | | |
|---|---|---|---|---|
| | | | | reveal the both the strengths and weaknesses of the security of the facility. In order to operate a secure prison facility, it is imperative that inmates or members from the general public are not able to discern how surveillance equipment is used within the institution as the Master Control Room serves as the central monitoring system for the correctional institution.<br><br>b(7)(F) was applied on page 9 related to the SHU concerning access to the unit as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could endanger the safety of staff and facilitate escapes by identifying which staff members control the access to this unit. As the SHU is an even more secure portion of a correctional facility, usually housing inmates charged with significant disciplinary infractions or inmates warranting extra security, knowing who controls access to the SHU will allow inmates, specifically, and members of the general public, generally, to understand the security features of the correctional facility. |
| MTC CAR VI Tab G | 1 | Page 1 | b(7)(F) | b(7)(F) was applied on page 1to the MTC Physical Plant (Armory) as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by exposing both the strengths and weaknesses of the security of the facility. In order to operate a secure prison facility, it is imperative that inmates or members from the general public are not able to discern access points to weapons storage areas or any possible deficiencies which may make such areas vulnerable to a breach. Maintaining weapons in a secure area is a both a primary and secondary security measure of a correctional facility. The information goes to core mission of the Bureau of Prisons of confining inmates in a secure facility and to prevent escape. |
| MTC CAR VI Attachment C (Resumes) | 6 | Page 5 | b(6) | b(6) was applied on page 5 to redact the home telephone number of Larry J. Rasbeary because disclosure of home telephone of Mr. Rasbeary would constitute a clearly unwarranted invasion of personal |

| | | | | privacy. |
|---|---|---|---|---|
| LCS Pine Prairie (Attachment 6) | 4 | Page 1 Page 2 Page 3 Page 4 | b(7)(F) | b(7)(F) was applied on page 1 to the LCS Pine Prairie Physical Plant (Blue Print) as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by providing a physical layout of key areas of the facility which may expose both the strengths and weaknesses of the security of the facility. In order to operate a secure prison facility, it is imperative that inmates or members from the general public are not able to discern access points to areas or any possible deficiencies which may make such areas vulnerable to a breach. The information goes to core mission of the Bureau of Prisons of confining inmates in a secure facility and to prevent escape.<br><br>b(7)(F) was applied on page 2 to the LCS Pine Prairie Physical Plant (Armory) as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by exposing both the strengths and weaknesses of the security of the facility. In order to operate a secure prison facility, it is imperative that inmates or members from the general public are not able to discern access points to weapons storage areas or any possible deficiencies which may make such areas vulnerable to a breach. Maintaining weapons in a secure area is a both a primary and secondary security measure of a correctional facility. The information goes to core mission of the Bureau of Prisons of confining inmates in a secure facility and to prevent escape.<br><br>b(7)(F) was applied on page 3 to the LCS Pine Prairie Physical Plant (Armory) as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by exposing both the strengths and weaknesses of the security of the facility. In order to operate a secure prison facility, it is imperative that inmates or members from the general |

| | | | | |
|---|---|---|---|---|
| | | | | public are not able to discern access points to weapons storage areas or any possible deficiencies which may make such areas vulnerable to a breach. Maintaining weapons in a secure area is a both a primary and secondary security measure of a correctional facility. The information goes to core mission of the Bureau of Prisons of confining inmates in a secure facility and to prevent escape.<br><br>b(7)(F) was applied on page 4 to the LCS Pine Prairie Physical Plant (Armory) as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by exposing both the strengths and weaknesses of the security of the facility. In order to operate a secure prison facility, it is imperative that inmates or members from the general public are not able to discern access points to weapons storage areas or any possible deficiencies which may make such areas vulnerable to a breach. Maintaining weapons in a secure area is a both a primary and secondary security measure of a correctional facility. The information goes to core mission of the Bureau of Prisons of confining inmates in a secure facility and to prevent escape. |
| LCS Pine Prairie A (Supplemental Information) | 46 | Page 30<br>Page 32<br>Page 35<br>Page 36<br>Page 37<br>Page 39<br>Page 40 | b(6) | b(6) was applied on page 30 to redact the inmate numbers as these numbers were associated with specific inmate financial account information and such disclosure would constitute a clearly unwarranted invasion of personal privacy.<br><br>b(6) was applied on page 32 to redact the inmate numbers and names as this information was associated with specific inmate financial account information and such disclosure would constitute a clearly unwarranted invasion of personal privacy.<br><br>b(6) was applied on page 35 to redact the inmate numbers and names as this information was associated with specific inmate financial account information and such disclosure would constitute a clearly |

| | | | | |
|---|---|---|---|---|
| | | | | unwarranted invasion of personal privacy.<br><br>b(6) was applied on page 36 to redact the inmate numbers and names as this information was associated with specific inmate financial account information and such disclosure would constitute a clearly unwarranted invasion of personal privacy.<br><br>b(6) was applied on page 37 to redact the inmate numbers and names as this information was associated with specific inmate financial account information and such disclosure would constitute a clearly unwarranted invasion of personal privacy.<br><br>b(6) was applied on page 39 to redact the inmate numbers as these numbers were associated with specific inmate financial account information and such disclosure would constitute a clearly unwarranted invasion of personal privacy.<br><br>b(6) was applied on page 40 to redact the inmate name as the name was associated with specific inmate financial account information and such disclosure would constitute a clearly unwarranted invasion of personal privacy. |
| LCS Pine Prairie B (Physical Plant) | 8 | Page 5 Page 6 | b(7)(F) | b(7)(F) was applied on pages 5-6 related to LCS Pine prairie perimeter security, surveillance equipment, motion detectors, door position indicators, contained walkways, guard towers, secure entry points, secure sallyports, and security construction features as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by identifying the surveillance equipment and how it is used and where it is used in the facility. Additionally, by knowing the security features of a correctional facility will reveal the both the strengths and weaknesses of the security of the facility. In order to operate a secure prison facility, it is imperative that inmates or members from the |

| | | | | |
|---|---|---|---|---|
| | | | | general public are not able to specifically discern the security features used within the institution, albeit they may be able to discern some security requirements by general observation. |
| LCS Pine Prairie B (Supplemental Information) | 21 | Page 1 Page 2 Page 3 Page 4 Page 5 Page 6 Page 7 Page 8 | b(7)(F) | b(7)(F) was applied on pages 1-8 to the LCS Pine Prairie Physical Plant (Blue Print and Staffing Patterns) as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by providing a physical layout of key areas of the facility which may expose both the strengths and weaknesses of the security of the facility. In order to operate a secure prison facility, it is imperative that inmates or members from the general public are not able to discern access points to areas or any possible deficiencies which may make such areas vulnerable to a breach. Key to the security is the staffing patterns related to the physical plant. The information goes to core mission of the Bureau of Prisons of confining inmates in a secure facility and to prevent escape. |
| Reeves County I &II CD-2A, 2b.1 | 81 | Page 36 Page 37 Page 82 | b(7)(F) | b(7)(F) was applied on pages 33-37 to the Reeves County I&II firearms, chemical agents, and specialty munitions as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by exposing both the strengths and weaknesses of the security of the facility. In order to operate a secure prison facility, it is imperative that inmates or members from the general public are not specifically aware of the weapons requirements and availability at an institution because such would defeat the calculated use of force that is oftentimes needed in a correctional setting. Maintaining weapons is both a primary and secondary security measure of a correctional facility. The information goes to core mission of the Bureau of Prisons of confining inmates in a secure facility and to prevent escape. |
| Reeves County I&II CAR 6(Drawings) | 12 | Page 1 Page 2 Page 3 | b(7)(F) | b(7)(F) was applied on pages 1-12 to redact the architectural drawings showing housing units designs and layouts for Reeves County I&II as disclosure could reasonably be expected to endanger the life or |

| | | Page 4<br>Page 5<br>Page 6<br>Page 7<br>Page 8<br>Page 9<br>Page 10<br>Page 11<br>Page 12 | | physical safety of any individuals knowing this information could facilitate escapes by exposing both the strengths and weaknesses of the security of the facility. |
|---|---|---|---|---|
| Reeves County I&II CAR 6(Environmental) | 288 | Page 59<br>Page 120 | b(7)(F) | b(7)(F) was applied on page 59 to redact the architectural drawings showing housing units designs and layouts for Reeves County I&II as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by exposing both the strengths and weaknesses of the security of the facility.<br><br>b(7)(F) was applied on pages 120 to redact the architectural drawings showing housing units designs and layouts for Reeves County I&II as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by exposing both the strengths and weaknesses of the security of the facility. |
| Reeves County I&II CAR 6(Volume 1) | 403 | Page 255<br>Page 307 | b(6) | b(6) was applied on page 255 to redact the date of birth of the Reeves County Judge; Commissioner Prescient # 1; Commissioner Prescient #2; Commissioner Prescient #3 and Commissioner Prescient #4 because disclosure of the date of birth of these officials would constitute a clearly unwarranted invasion of personal privacy.<br><br>b(6) was applied on page 255 to redact the social security number of the Reeves County Judge; Commissioner Prescient # 1; Commissioner Prescient #2; Commissioner Prescient #3 and Commissioner Prescient |

| | | | | #4 because disclosure of the date of birth of these officials would constitute a clearly unwarranted invasion of personal privacy.<br><br>b(6) was applied on page 307 to redact the date of birth of the Chairman and CEO; Vice President & COO; General Counsel; Senior Vice President, Operations; Senior Vice President, Mental Health Services; Senior Vice President, CFO; and Treasurer because disclosure of the date of birth of these officials would constitute a clearly unwarranted invasion of personal privacy.<br><br>b(6) was applied on page 307 to redact the social security number of the Chairman and CEO; Vice President & COO; General Counsel; Senior Vice President, Operations; Senior Vice President, Mental Health Services; Senior Vice President, CFO; and Treasurer because disclosure of the date of birth of these officials would constitute a clearly unwarranted invasion of personal privacy. |
|---|---|---|---|---|
| Reeves County I&II CAR 6(Volume IIb/Physical Plant) | 44 | Page 20<br>Page 21<br>Page 22<br>Page 23<br>Page 24<br>Page 25<br>Page 26<br>Page 27<br>Page 28<br>Page 29<br>Page 35<br>Page 36<br>Page 37<br>Page 38<br>Page 39<br>Page 40 | b(7)(F) | b(7)(F) was applied on pages 20-26 to redact the architectural drawings showing housing units designs and layouts for Reeves County I&II as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by exposing both the strengths and weaknesses of the security of the facility.<br><br>b(7)(F) was applied on pages 26-29 related to Reeves County I&II perimeter security, linear detection sensors, volumetric sensors, CCTV systems, dormitory control systems, and SHU control systems as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by identifying the surveillance equipment and how it is used and where it is used in the facility. Additionally, by knowing the security features of a correctional facility will reveal the both the strengths and weaknesses of the security of the facility. In order to |

| | | Page 41 | | operate a secure prison facility, it is imperative that inmates or members from the general public are not able to specifically discern the security features used within the institution, albeit they may be able to discern some security requirements by general observation.<br><br>b(7)(F) was applied on pages 35-44to redact the architectural drawings showing housing units designs and layouts and institution layouts for Reeves County I&II as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by exposing both the strengths and weaknesses of the security of the facility. |
| | | Page 42 | | |
| | | Page 43 | | |
| | | Page 44 | | |
| Reeves County CAR VI (Volume III) | 500 | Page 1<br>Page 2<br>Page 3<br>Page 4<br>Page 5<br>Page 6 | b(6) | b(6) was applied on pages 1-6 to redact the inmate numbers and names as this information was associated with specific inmate financial account information and such disclosure would constitute a clearly unwarranted invasion of personal privacy. |
| Reeves County I&II EA | 283 | Page 56<br>Page 116 | b(7)(F) | b(7)(F) was applied on pages 56 and 116 to redact the architectural drawings showing housing units designs and layouts and institution layouts for Reeves County I&II as disclosure could reasonably be expected to endanger the life or physical safety of any individuals knowing this information could facilitate escapes by exposing both the strengths and weaknesses of the security of the facility. |