S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**KEVIN DANIELSON, OSB #06586**
Assistant United States Attorney
kevin.c.danielson@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR  97204-2902
Telephone: (503) 727-1000
FAX:  (503) 727-1117
       Attorneys for Defendant Federal Bureau of Prisons


# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **STEPHEN RAHER,** | **09-CV-526-ST** |
| Plaintiff, | **FEDERAL BUREAU OF PRISONS' REVISED PARTIAL VAUGHN INDEX** |
| v. | |
| **FEDERAL BUREAU OF PRISONS.** | |
| Defendant, | |
| and | |
| **THE GEO GROUP, INC.,** | |
| Intervenor-Defendant. | |

PAGE - 1    **Federal Bureau of Prisons' Revised Partial Vaughn Index**
            *Raher v. Federal Bureau of Prisons;*  09-CV-526-ST

Defendant Federal Bureau of Prisons (BOP), by S. Amanda Marshall, United States Attorney for the District of Oregon, through Assistant U.S. Attorney Kevin Danielson in compliance with this Court's Order of October 25, 2011, submits the attached Revised Partial Vaughn Index regarding documents withheld under Exemption 5.             Dated this 15th day of November 2011.

        Respectfully submitted,

        S. AMANDA MARSHALL
        United States Attorney
        District of Oregon

        _/s/Kevin Danielson_
        KEVIN DANIELSON
        Assistant U.S. Attorney
        Attorneys for Federal Bureau of Prisons