**Raher v. Federal Bureau of Prisons**
Revised Partial Vaughn Index
Tuesday, November 15, 2011

| | | | | |
|---|---|---|---|---|
| CAR 6-Reeves County (Correspondence) | 9 | Page 6 | b(5) | b(5) was applied on page 6 to redact agency emails which would not be available by law to a party other than an agency in litigation with the agency. This includes the attorney client privilege and the deliberate process privilege.  The document in question is an email communication, dated 1/4/2007, between David Erlewine, BOP's Senior Counsel, and Heather Greiner, former BOP Contracting Officer, in which Ms. Griener sought legal advice from Mr. Erlewine regarding whether the signature block on the SF-33 award document need to be revised and signed by the new judge of Reeves County.  As agency counsel, Mr. Erlewine provided his legal analysis related to the question concerning CAR 6. |
| CAR 5-Reeves County Correspondence | 47 | Page 1 Page 2 Page 26 Page 27 | Non-responsive b(5) | Information related to unsuccessful bidders on pages 1-2 was redacted as it is non-responsive as the FOIA request sought information concerning successful bidders.<br><br>b(5) was applied on pages 26-27 to redact agency emails which would not be available by law to a party other than an agency in litigation with the agency. This includes the attorney client privilege and the deliberate process privilege.  The document in question is an email communication, dated 6/29/05, between former BOP Attorney Mary Carney, former BOP Contracting Officer |

**Raher v. Federal Bureau of Prisons**
Revised Partial Vaughn Index
Tuesday, November 15, 2011

| | | | | |
|---|---|---|---|---|
| | | | | Connie Bare, and BOP's Contracting Officer Randy Taylor, which was copied to BOP's Chief of Acquisition Branch Matthew Nace and former BOP's Chief of Privatization David Graham.  Ms. Bare sought legal advice and guidance from Ms. Carney concerning CAR 5 and whether GEO could deal directly with BOP and whether GEO must own the facility it proposed to operate.  Ms. Carney provided her legal analysis which outlined her legal opinion to the questioned posed.<br><br>The other email, dated 6/16/05, is a communication from former BP Contracting Officer Connie Bare and BOP attorneys Jeffrey Limjoco and Craig Meyers.  The email outlines agency counsel's review of CAR 5 contract terms and outlines  recommendations to the Contracting Officer. |