S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
KEVIN DANIELSON, OSB #06586
Assistant United States Attorney
kevin.c.danielson@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR  97204-2902
Telephone: (503) 727-1000
FAX:  (503) 727-1117
        Attorneys for Defendant Federal Bureau of Prisons

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **STEPHEN RAHER,** | Case No. 3:09-CV-00526-ST |
| **Plaintiff,** | **FEDERAL BUREAU OF PRISONS' SUPPLEMENTAL** *VAUGHN* **INDICES** |
| v. | |
| **FEDERAL BUREAU OF PRISONS.** | |
| **Defendant.** | |

PAGE - 1    **Federal Bureau of Prisons' Supplemental** *Vaughn* **Indices**
            *Raher v. Federal Bureau of Prisons;* 3:09-CV-00526-ST

Defendant Federal Bureau of Prisons, by S. Amanda Marshall, United States Attorney for the District of Oregon, through Assistant U.S. Attorney Kevin Danielson, in compliance with this Court's Order of October 3, 2012, CR 224, submits the attached Supplemental *Vaughn* indices as Exhibit 1 and Exhibit 2.

Dated this 3rd day of October 2012.

    Respectfully submitted,

    S. AMANDA MARSHALL
    United States Attorney
    District of Oregon

    */s/Kevin Danielson*
    KEVIN DANIELSON
    Assistant U.S. Attorney
    Attorneys for Federal Bureau of Prisons