Raher v. BOP: 3:09-cv-00526-ST
W. Dalius Vaughn Index; Dated October 1, 2012

Raher
FOIA Request No.:
Vaughn Index
Monday, October 1, 2012
Page | 1

| William Dalius | Total number of pages: 101 | | | |
|---|---|---|---|---|
| **Document Description (Emails Sent Electronically) 44/102 pages without attachments** | **Number of Pages** | **Pages With Redactions** | **Exemptions Applied** | **Rationale For Exemptions** |
| News Paper Article | 1 | | | Released In Full |
| Attachment I- Schedule of Supplies/Services | 2-3 | | | Release In Full |
| Criminal Alien Requirement VI Request For Proposals-PCCC-0010 | 4 | | | Released In Full |
| CAR VI Savings | 5 | | | Referred To Bureau's Administration Division to determine if any harm in releasing information. |
| Forecasted IGA prices (FY 08) | 6 | | | Referred To Bureau's Administration Division to determine if any harm in releasing information. |
| Emails | 7-10 | | | Released In Full |

Exhibit 2

Raher
FOIA Request No.:
Vaughn Index
Monday, October 1, 2012
Page | 2

| Document | Pages | | | Description |
|---|---|---|---|---|
| Bureau of Prisons Criminal Alien Requirement 6 Talking Points, January 17, 2007 (Draft) | 11 | 11 | (b)(5) | (b)(5) was applied to the Draft Talking Points because the document represents predecisional determinations by the staff of the BOP. Draft documents are predicisional and ultimately are recommendations until the final document is approved. By exposing drafts to the Plaintiff or any potential entity desiring to contract with the BOP, it will reveal the process by which the BOP analyzes contract decisions and those with such information may gain a competitive advantage over contractors without this information. Further, revealing draft documents and the communications by staff appertaining thereto will (1) discourage the open and frank discussions on matters of policy between subordinates and superiors; (2) disclose premature proposed policies before they are finally adopted; and (3) may result in public confusion due to the disclosure of reasons and rationales that were not in fact ultimately the grounds for an agency's action, the disclosure of which would result in harm to the contracting process and operate as a potential competitive disadvantage to those that do not possess this information. |
| Emails | 12-13 | | | Released In Full |
| Corrections Corporation of America letter dated December 20, 2006, Re: Solicitation Number: RFP-PCC-0010- Revised Pricing | 14-15 | | | Release In Full |
| Attachment I- Schedule of Supplies/Services | 16-23 | | | Release In Full |

Exhibit 2

Case 3:09-cv-00526-ST    Document 225-2    Filed 10/03/12    Page 3 of 15

Raher v. BOP: 3:09-cv-00526-ST
W. Dalius Vaughn Index; Dated October 1, 2012

Raher
FOIA Request No.:
Vaughn Index
Monday, October 1, 2012
Page | 3

| | | | | |
|---|---|---|---|---|
| Email | 24 | | | Released In Full |
| Bureau of Prisons Criminal Alien Requirement 6 Talking Points, January 17, 2007 (Draft) | 25 | 25 | (b)(5) | (b)(5) was applied to the Draft Talking Points because the document represents predecisional determinations by the staff of the BOP.  Draft documents are predicisional and ultimately are recommendations until the final document is approved.  By exposing drafts to the Plaintiff or any potential entity desiring to contract with the BOP, it will reveal the process by which the BOP analyzes contract decisions and those with such information may gain a competitive advantage over contractors without this information.  Further, revealing draft documents and the communications by staff appertaining thereto will (1) discourage the open and frank discussions on matters of policy between subordinates and superiors; (2) disclose premature proposed policies before they are finally adopted; and (3) may result in public confusion due to the disclosure of reasons and rationales that were not in fact ultimately the grounds for an agency's action, the disclosure of which would result in harm to the contracting process and operate as a potential competitive disadvantage to those that do not possess this information. |
| Emails | 26-27 | | | Released In Full |
| Criminal Alien Requirement (CAR) 6 pre-Proposal Conference Request For Proposals PCC-0010 (Draft) | 28-30 | 28-30 | (b)(5) | (b)(5) was applied to the Draft meeting agenda because the document represents predecisional determinations by the staff of the BOP.  Draft documents are predicisional and ultimately are recommendations until the final document is approved.  Revealing draft documents and the communications by staff appertaining thereto will (1) discourage the open and frank discussions on matters of policy between subordinates and superiors; (2) disclose |

Exhibit 2

Raher v. BOP: 3:09-cv-00526-ST
W. Dalius Vaughn Index; Dated October 1, 2012

Raher
FOIA Request No.:
Vaughn Index
Monday, October 1, 2012
Page | 4

| | | | | |
|---|---|---|---|---|
| | | | | premature proposed policies before they are finally adopted; and (3) may result in public confusion due to the disclosure of reasons and rationales that were not in fact ultimately the grounds for an agency's action, the disclosure of which would result in harm to the contracting process and operate as a potential competitive disadvantage to those that do not possess this information. |
| Email | 31 | | | Released In Full |
| CAR 6 Pricing Information | 32-33 | | | Referred To Bureau's Administration Division to determine if any harm in releasing information. |
| Criminal Alien Requirement VI Milestones – 7000 Beds RFP-PCC-0010 | 34-35 | | | Release In Full |
| CAR 6 Pricing Information | 36-37 | | | Referred To Bureau's Administration Division to determine if any harm in releasing information. |
| CAR 6 Pricing Information | 38-39 | | | Referred To Bureau's Administration Division to determine if any harm in releasing information. |
| Criminal Alien Requirement VI Request For Proposals-PCCC-0010 | 40-41 | | | Released In Full |
| CAR VI Savings | 42 | | | Referred To Bureau's Administration Division to determine if any harm in releasing information. |
| IGA Population at IGA Price (Forecasted for FY 008) | 43-44 | | | Referred To Bureau's Administration Division to determine if any harm in releasing information. |

Exhibit 2

Raher v. BOP: 3:09-cv-00526-ST
Case 3:09-cv-00526-ST   Document 225-2   Filed 10/03/12   Page 5 of 15
W. Dalius Vaughn Index; Dated October 1, 2012

Raher
FOIA Request No.:
Vaughn Index
Monday, October 1, 2012
Page | 5

| | | | | |
|---|---|---|---|---|
| Forecasted IGA prices (FY 08) | 45 | | | Referred To Bureau's Administration Division to determine if any harm in releasing information. |
| Emails | 46 | | | Released In Full |
| Criminal Alien Requirement VI Milestones – 7000 Beds RFP-PCC-0010 | 47-48 | | | Release In Full |
| Emails | 49 | | | Released In Full |
| Current IGA Population at Current IGA Pricing vs. Lowest CAR VI Price at 9,182 Beds (Source Selection Information) | 50 | | | Referred To Bureau's Administration Division to determine if any harm in releasing information. |
| Forecasted IGA Prices (Source Selection) | 51 | | | Referred To Bureau's Administration Division to determine if any harm in releasing information. |
| Current IGA Population at Current IGA Price (Source Selection) | 52-53 | | | Referred To Bureau's Administration Division to determine if any harm in releasing information. |
| IGA Pricing vs., CAR VI Pricing (Source Selection) | 54 | | | Referred To Bureau's Administration Division to determine if any harm in releasing information. |
| Current IGA Population at current IGA Price vs. Current IGA Population at CAR VI Price (Source Selection) | 55 | | | Referred To Bureau's Administration Division to determine if any harm in releasing information. |

Exhibit 2

Raher v. BOP: 3:09-cv-00526-ST
W. Dalius Vaughn Index; Dated October 1, 2012

Raher
FOIA Request No.:
Vaughn Index
Monday, October 1, 2012
Page | 6

| | | | | |
|---|---|---|---|---|
| CAR VI Index | 56 | | | Released In Full |
| Emails | 57 | | | Released In Full |
| Criminal Alien Requirement VI Request For Proposals-PCC-0010 | 58 | | | Released In Full |
| Criminal Alien Requirement VI Request For Proposals-PCC-0010 | 59 | | | Released In Full |
| CAR VI Savings (Source Selection) | 60 | | | Referred To Bureau's Administration Division to determine if any harm in releasing information. |
| Emails | 61 | | | Released In Full |
| Criminal Alien Requirement VI Request For Proposals-PCC-0010 | 62 | | | Released In Full |
| CAR VI Savings (Source Selection) | 63 | | | Referred To Bureau's Administration Division to determine if any harm in releasing information. |
| Emails | 64-65 | | | Released In Full |
| Summary of CAR 6 | 66 | | | Release In Full |

Exhibit 2

Raher v. BOP: 3:09-cv-00526-ST
Case 3:09-cv-00526-ST    Document 225-2    Filed 10/03/12    Page 7 of 15
W. Dalius Vaughn Index; Dated October 1, 2012

Raher
FOIA Request No.:
Vaughn Index
Monday, October 1, 2012
Page | 7

| | | | | |
|---|---|---|---|---|
| Summary of CAR 7 (Taft II) | 67 | | | Release In Full |
| Emails | 68-79 | | | Released In Full |
| A document titled Texas Counties Mistreated by Federal Bureau of Prisons. (Allegation and Answer) | 80-81 | | | Referred To Bureau's Administration Division to determine if any harm in releasing information. |
| Current IGA Population at Current IGA prices vs. Lowest CAR VI Price at Proposed Population (Source Selection) | 82 | | | Referred To Bureau's Administration Division to determine if any harm in releasing information. |
| Current IGA Population at Current IGA Price (Source Selection) | 83-84 | | | Referred To Bureau's Administration Division to determine if any harm in releasing information. |
| Emails | 85-90 | | | Released In Full |
| Email dated May 25, 2006, Re.: A-11 and FAR guidance | 91-92 | 91-92 | Non-responsive | The e-mail is not responsive to the FOIA request as the e-mail does not deal with CAR 5 or CAR 6. |

Exhibit 2

Raher v. BOP: 3:09-cv-00526-ST
Case 3:09-cv-00526-ST  Document 225-2  Filed 10/03/12  Page 8 of 15
W. Dalius Vaughn Index; Dated October 1, 2012

**Raher**
**FOIA Request No.:**
**Vaughn Index**
**Monday, October 1, 2012**
**Page | 8**

| | | | | |
|---|---|---|---|---|
| Emails | 93-95 | | | Released In Full |
| News Release | 96-97 | | | Released In Full |
| Emails | 98-102 | | | Released In Full |
| **Document Description (Documents submitted on a Disc: CAR 5; CAR 6, an Reeves)** | **197** | | | |
| CAR 5 Award Info Draft_1 | 1 | 1 | (b)(5) | (b)(5) was applied to the Draft Notice of Contract Award for the Management and Operation of Private Correctional Institutions because the document represents predecisional determinations by the staff of the BOP. Draft documents are predicisional and ultimately are recommendations until the final document is approved. By exposing drafts to the Plaintiff or any potential |

Exhibit 2

Case 3:09-cv-00526-ST    Document 225-2    Filed 10/03/12    Page 9 of 15
Raher v. BOP: 3:09-cv-00526-ST
W. Dalius Vaughn Index; Dated October 1, 2012

Raher
FOIA Request No.:
Vaughn Index
Monday, October 1, 2012
Page | 9

| | | | | |
|---|---|---|---|---|
| | | | | entity desiring to contract with the BOP, it will reveal the process by which the BOP analyzes contract decisions and those with such information may gain a competitive advantage over contractors without this information. Further, revealing draft documents and the communications by staff appertaining thereto will (1) discourage the open and frank discussions on matters of policy between subordinates and superiors; (2) disclose premature proposed policies before they are finally adopted; and (3) may result in public confusion due to the disclosure of reasons and rationales that were not in fact ultimately the grounds for an agency's action, the disclosure of which would result in harm to the contracting process and operate as a potential competitive disadvantage to those that do not possess this information. |
| CAR 5 Pre Sol Notice | 2-3 | | | Released In Full |
| CR-06-20 The GEO Group Inc | 4-5 | | | Release In Full |
| CR-06-20 The GEO Group Inc | 6-7 | | | Release In Full |

Exhibit 2

Raher v. BOP: 3:09-cv-00526-ST
Case 3:09-cv-00526-ST   Document 225-2   Filed 10/03/12   Page 10 of 15
W. Dalius Vaughn Index; Dated October 1, 2012

**Raher**
**FOIA Request No.:**
**Vaughn Index**
**Monday, October 1, 2012**
**Page | 10**

| | | | | |
|---|---|---|---|---|
| CR-06-20 The GEO Group Inc | 8-9 | | | Release In Full |
| CR-06-20 The GEO Group Inc | 10-11 | | | Release In Full |
| GEO Request Extension | 12 | | | Released In Full |
| Summary of CAR 5 _2 | 13 | | | Released In Full |
| Big Spring Award 01-2007 FIN | 14 | | | Released In Full |

Exhibit 2

Case 3:09-cv-00526-ST    Document 225-2    Filed 10/03/12    Page 11 of 15

Raher v. BOP: 3:09-cv-00526-ST
W. Dalius Vaughn Index; Dated October 1, 2012

Raher
FOIA Request No.:
Vaughn Index
Monday, October 1, 2012
Page | 11

| | | | | |
|---|---|---|---|---|
| CAR 6 Talk points Jan07 | 15 | 16 | (b)(5) | (b)(5) was applied to the CAR 6 Talking Points because the document is a draft document. Revealing draft documents and the communications by staff appertaining thereto will (1) discourage the open and frank discussions on matters of policy between subordinates and superiors; (2) disclose premature proposed policies before they are finally adopted; and (3) may result in public confusion due to the disclosure of reasons and rationales that were not in fact ultimately the grounds for an agency's action, the disclosure of which would result in harm to the contracting process and operate as a potential competitive disadvantage to those that do not possess this information. |
| CAR 6&7 Bullets | 16-17 | | | Release In Full |
| Draft CAR 6 Award Release | 18-19 | | | Release In Full |
| MTC Draft Press Release | 20-21 | | | Release In Full |

Exhibit 2

Case 3:09-cv-00526-ST    Document 225-2    Filed 10/03/12    Page 12 of 15

Raher v. BOP: 3:09-cv-00526-ST
W. Dalius Vaughn Index; Dated October 1, 2012

Raher
FOIA Request No.:
Vaughn Index
Monday, October 1, 2012
Page | 12

| | | | | |
|---|---|---|---|---|
| Extension Clause | 22-26 | | | Release In Full |
| Judge Letter 1-11 concerning DJB1PC-007 | 27-28 | 27-28 | (b)(5) | (b)(5) was applied to an unsigned letter concerning DJB1PC-007 because the document represents predecisional determinations by the staff of the BOP. The unsigned letter indicates this document is a draft document and draft documents are predicisional and ultimately are recommendations until the final document is approved. Revealing draft documents and the communications by staff appertaining thereto will (1) discourage the open and frank discussions on matters of policy between subordinates and superiors; (2) disclose premature proposed policies before they are finally adopted; and (3) may result in public confusion due to the disclosure of reasons and rationales that were not in fact ultimately the grounds for an agency's action, the disclosure of which would result in harm to the contracting process and operate as a potential competitive disadvantage to those that do not possess this information. |
| Letter Against Exercising Option | 29 | 29 | (b)(5) | (b)(5) was applied to an unsigned and undated letter concerning against exercising option because the document represents predecisional determinations by the staff of the BOP. Revealing draft documents and the communications by staff appertaining thereto will (1) discourage the open and frank discussions on matters of policy between subordinates and superiors; (2) disclose premature proposed policies before they are finally adopted; and (3) may result in public confusion due to the disclosure of reasons and rationales that were not in fact ultimately the grounds for an agency's action, the disclosure of which would result in harm to the |

Exhibit 2

Case 3:09-cv-00526-ST   Document 225-2   Filed 10/03/12   Page 13 of 15

Raher v. BOP: 3:09-cv-00526-ST
W. Dalius Vaughn Index; Dated October 1, 2012

**Raher**
**FOIA Request No.:**
**Vaughn Index**
**Monday, October 1, 2012**
**Page | 13**

|  |  |  |  | contracting process and operate as a potential competitive disadvantage to those that do not possess this information. |
|---|---|---|---|---|
| REE Site Tour 4-22-10 (Update) | 30-33 | 30-33 |  | Released In Full |
| REE_CFM11 Contract Facility Monitoring Final Report | 34-40 | 34-40 | Non-responsive | The document is non-responsive as it neither is part of the contracts nor a modification to the contracts. |
| REE_CLOS Response and Closure/Contract Facility Monitoring | 41-45 | 41-45 | Non-responsive | The document is non-responsive as it neither is part of the contracts nor a modification to the contracts. |
| Reeves I and II Bullets 1-13-11 | 46-47 | 46-47 | Non-responsive | The document is non-responsive as it neither is part of the contracts nor a modification to the contracts. |

Exhibit 2

**Raher**
**FOIA Request No.:**
**Vaughn Index**
**Monday, October 1, 2012**
**Page | 14**

| | | | | |
|---|---|---|---|---|
| Reeves I and II Bullets 1-7-11 | 48 | 48 | Non-responsive | The document is non-responsive as it neither is part of the contracts nor a modification to the contracts. |
| Reeves January 2010 | 49-60 | 49-60 | Non-responsive | The document is non-responsive as it neither is part of the contracts nor a modification to the contracts. |
| Reeves Newspaper article October | 61-74 | 61-74 | Non-responsive | The document is non-responsive as it neither is part of the contracts nor a modification to the contracts. |
| Reeves Response & Exhibits | 75-112 | 75-112 | Non-responsive | The document is non-responsive as it neither is part of the contracts nor a modification to the contracts. |
| Reeves County Jan2010 | 113-117 | 113-117 | Non-responsive | The document is non-responsive as it neither is part of the contracts nor a modification to the contracts. |

Exhibit 2

**Raher**
**FOIA Request No.:**
**Vaughn Index**
**Monday, October 1, 2012**
**Page | 15**

| | | | | |
|---|---|---|---|---|
| ReevesInterim_LongTermPlan | 118-153 | 118-153 | Non-responsive | The document is non-responsive as it neither is part of the contracts nor a modification to the contracts. |
| Revised plan of action 2-16-09 | 154-181 | 154-181 | Non-responsive | The document is non-responsive as it neither is part of the contracts nor a modification to the contracts. |
| RVS-CFM6 Contract Facility Monitoring Final Report | 182-189 | 182-189 | Non-responsive | The document is non-responsive as it neither is part of the contracts nor a modification to the contracts. |
| RVS_CLOS Response and Closure/Contract Facility Monitoring | 190-197 | 190-197 | Non-responsive | The document is non-responsive as it neither is part of the contracts nor a modification to the contracts. |

Exhibit 2